FILED
 2010 Feb-25  PM 03:48
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN A. KING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 09-G-1108-S |
| | ) |
| RENEE BLACKMAN, H. SLOAN BLACKMAN and MISTY D. SHEPHARD, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

This cause is before the court on appeal from an order entered by the Bankruptcy Court for the Northern District of Alabama in favor of the appellees in Adversary Proceeding No. 08-00043-TBB that denied discharge in debtor's bankruptcy case. The court has jurisdiction pursuant to 28 U.S.C. §§ 158 and 1334.

## STANDARD OF REVIEW

"In reviewing a bankruptcy court judgment as an appellate court, the district court reviews the bankruptcy court's legal conclusions de novo. The district court must accept the bankruptcy court's factual findings unless they are

clearly erroneous, and give due regard to the bankruptcy court's opportunity to judge the credibility of the witnesses." In re Englander, 95 F.3d 1028, 1030 (11th Cir. 1996).

## DISCUSSION

After a trial on the merits of the appellee's adversary proceeding, the bankruptcy court found that the debtor made false oaths in connection with his bankruptcy case and denied discharge under 11 U.S.C. § 727(a)(4)(A). Having carefully reviewed the record, the court concludes that the factual findings and legal conclusion of the bankruptcy court are correct. Accordingly, the decision of the bankruptcy court is due to be affirmed.

An appropriate order will be entered contemporaneously herewith.

DONE and ORDERED 25 February 2010.

_____
UNITED STATES DISTRICT JUDGE
J. FOY GUIN, JR.